UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-21049 |
| | ) | |
| Gerarld Marusarz; | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On the motion of Old Second National Bank, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Old Second National Bank, its successors, and/or assigns in the property commonly known as 1845 Courtwright Dr. Plainfield, Illinois 60586.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

No further payments are to be disbursed to said creditor on its Proof of Claim.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 02, 2018

**Prepared by:**

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B18080063