UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:  ) | BK No.: | 18-21049 |
| Gerald Marusarz  ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | Joliet | |
| Debtor(s)  ) | | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation to move Kendall Ridge Homeowners Association to paragraph 3.3 of the plan.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: January 11, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600